THE HONORABLE CHRISTOPHER M. ALSTON
Chapter 7

# THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re | Case No. 13-12021 |
|---|---|
| WENDY SANAYE TOMITA, | DECLARATION REGARDING AMENDED SCHEDULE F |
| Debtor. | |

Attached hereto is the amended Schedule F – Creditors Holding Unsecured Claims.

Dated this 18th day of December, 2015.

WELLS AND JARVIS, P.S.

By: _/s/ Emily A. Jarvis_____
Emily A. Jarvis, WSBA #41841
Attorneys for Debtor

I, Wendy Sanaye Tomita, am the Debtor herein. I have read the foregoing amendments to Schedule F and certify under penalty of perjury that the matters therein stated are true and correct to the best of my knowledge, information and belief.

DATED this 18th day of December, 2015.

_/s/ Wendy Sanaye Tomita___
Wendy Sanaye Tomita

DECLARATION REGARDING AMENDED SCHEDULE - 1

WELLS AND JARVIS, P.S.
502 Logan Building
500 Union Street
Seattle, WA 98101-2332
206-624-0088 Fax 206-624-0086

I hereby certify under penalty of perjury that on December 18, 2015, the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines Notice of Ex Parte Motion to Dismiss if Debtor Fails to Appear at the Sec. 341 Meeting, and Notice of Appointment of Trustee was served by placing same in the U.S. Mail, first class, postage prepaid, addressed to the three parties on the attached Amended Schedule F.

DATED this 18th day of December, 2015.

      /s/ *Emily Jarvis*
Emily Jarvis

DECLARATION REGARDING AMENDED SCHEDULE - 2

WELLS AND JARVIS, P.S.
502 Logan Building
500 Union Street
Seattle, WA 98101-2332
206-624-0088 Fax 206-624-0086

Case 13-12021-CMA    Doc 66    Filed 12/18/15    Ent. 12/18/15 16:31:34    Pg. 2 of 2